IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LANNY ROSS COGGIN, JR.　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　No. 3:13-0898
　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　　 )
　　Acting Commissioner of　　　)
　　Social Security　　　　　　 )

O R D E R

The defendant's motion for leave to file a sur-reply (Docket Entry No. 19) is GRANTED.

The Clerk is directed to file and docket the defendant's sur-reply (Docket Entry No. 19-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge